**Order entered May 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01394-CV

**ENRIQUE N. PONTE, JR. M.D., ET AL., Appellants**

**V.**

**MARCELA BUSTAMANTE, ET AL., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-08056**

## ORDER

We **GRANT** appellants' May 14, 2013 unopposed joint motion for an extension of time

to file their briefs **to the extent** that appellants shall file their briefs on or before **June 21, 2013**.


/s/     CAROLYN WRIGHT
CHIEF JUSTICE